UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Ronald Williams

                                    Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20MAG8016

Defendant _____Ronald Williams_____ hereby voluntarily consents to participate in the following proceeding via __x_ videoconferencing or __x_ teleconferencing:

_x__ Initial Appearance Before a Judicial Officer

_x__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form) /Present nent

_x__ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_R Williams/ AC_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Ronald Williams
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

Aaron Mysliwiec
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/30/20
Date

_[signature]_
Sarah L. Cave
U.S. Magistrate Judge